# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | | |
|---|---|---|
| Hannah Matthews Parton | ) | Case No. |
| _Plaintiff(s)_ | ) | |

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Michael Rubens Bloomberg

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:20-mc-59

_(to be filled in by the Clerk's Office)_

Varlan/Poplin

Jury Trial: _(check one)_  ☐ Yes  ☐ No

**FILED**

OCT 20 2020

Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Hannah Matthews Parton

Address         201 W. Springdale Ave.

                Knoxville        TN        37917
                _City_          _State_      _Zip Code_

County          Knox

Telephone Number    865-232-2619

E-Mail Address      Hannahparton007@gmail.con

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name            Michael Rubens Bloomberg

Job or Title *(if known)*    CEO

Address         731 Lexington Ave.

                New York        NY        10022
                _City_          _State_      _Zip Code_

County

Telephone Number    212-318-2000

E-Mail Address *(if known)*    Mbloomberg@bloomberg.net

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name            _____

Job or Title *(if known)*    _____

Address         _____

                _____
                _City_          _State_      _Zip Code_

County          _____

Telephone Number    _____

E-Mail Address *(if known)*    _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 3
 Name _____
 Job or Title *(if known)* _____
 Address _____
             *City*   *State*   *Zip Code*
 County _____
 Telephone Number _____
 E-Mail Address *(if known)* _____

  ☐ Individual capacity  ☐ Official capacity

Defendant No. 4
 Name _____
 Job or Title *(if known)* _____
 Address _____
             *City*   *State*   *Zip Code*
 County _____
 Telephone Number _____
 E-Mail Address *(if known)* _____

  ☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Severe form of Human Trafficking

  _____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Ongoing 1988-2020

B. What date and approximate time did the events giving rise to your claim(s) occur?

Ongoing 24-7

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Was brought to US by grandmother Queen Elizabeth. Was Kidnapped, and illegally forced equipment throughout my body for the sole purpose of Human Trafficking. Access was sold to capitalizing terrorist. My life has been terrorized.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Medical
Mental
Psychological- PTSD
Financial

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$3 mil
Domestic Terrorism
Human Trafficking
Color of Law Abuse
Conspiracy Against Rights
Rico + Racketeering
Privacy Invasion
False Imprisonment
Identity Theft

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     9.23-2020

Signature of Plaintiff     _Hannah Matthews Parton_

Printed Name of Plaintiff     Hannah Matthews Parton

### B. For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

_____
|                 | City | State | Zip Code |

Telephone Number     _____

E-mail Address     _____

Jeffrey Peebles
201 W. Springdale Ave.
Knoxville, TN. 37917

U.S. District Court
800 Market St. #311
Knoxville, TN. 37902

