FILED

JAN 13 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

Hannah Parton )
v. )
Michael Rubens Bloomberg )

NO. __________
(To be assigned by the Clerk's Office. Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS WITH SUPPORTING DOCUMENTATION

I, Hannah Parton, declare that I am the:

[x] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: ______________________________

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

Murder of Jackie Widener Lyles, mother I was trafficked to, Dolly Parton, MY MOTHER; MY Father's Accident JFK JR.
Domestic Terrorism — Medical Kidnapping, Meditrances connected to vital organs,
Human Trafficking — Aggervated Rapes, & Sexual Harrassment
Color of Law Abuses — Violent Attacks, & Stalking, & Harrassment. Technology
Conspiracy Against Rights — harrassment, Robbed me of some of my children
Rio & Racketeering — robbed me of my life with my Father. Murdered
Privacy Invasion — some of my children.
False Imprisonment — Was born with rare condition & he used it against me. Illegally stole my birth documents, and paychecks.
Aggervated Identity Theft — Illegally stole my inheritances, trust funds, families life credits
PTSD, Anxiety, Depression, Reproductive Issues, Fibromyalgia, Severe Allergic Eos, Dental Damage, Chronic Pain, Body Scars, Malnutrition, Tachardia, Broken Nose, Ribs, Mental Anguish, Eye Issues, High Blood Pressure &
Terrorized from birth non-stop, kept in extreme poverty, He took out fraudulent insurance Policy w/ New York Life
I would like to ask relief be enhanced, and greater award be given.

In further support of this application, I answer the following questions:

- Orchestrated very bad wrecks → 20+
- Trapped my legs under swinging cage carnival ride.
- Always kept in moldy environments, & around other psychic allergens
- Brutal Attacks
- Even on my step Dad Jeffrey Epstein

Murder of Tever Parton
Murder of Robert Lee Parton & Avie Lee Parton
Aggervated Theft of Paychecks, Inheritances, Assets, Belongings,

Embezzlement; Organized Crime; Organ Trafficking; Treason
Reckless Endangerment; Crimes Against Humanity; Tampering with witnesses; Sold us on mechanical systems as mechanical
Child Abuse & Neglect; Domestic Violence; Tampering with evidence; properties to stock exchange's properties in mail
Assault with Deadly weapons; Bribery; Torture; Family Abduction; market account with Dolly & Donald Trump
Hostage taking; Forced to be trafficked controlled by their families, in Domestic servitude & cleaning inhumane environments, cooking, laundry, scrubbing floors on hands & knees, & driving; moved over 100 times; No human has lived ever since birth.

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First Middle Last) YEAR OF BIRTH

Hannah Parton 1-5-73

SOCIAL SECURITY NUMBER (last 4 digits only) PHONE NOS.

8714 865-232-2619

HOME ADDRESS:

1100 Lula Powell Drive, A402 Knoxville, TN. 37915

OWN OR RENT? HOW LONG AT CURRENT ADDRESS?

Rent 4 years, 10 Months

MARITAL STATUS:

NAME AND ADDRESS OF CURRENT EMPLOYER:

US Army
481 Gold Vault Road
Fort Knox, KY 40121

TELEPHONE NUMBER OF EMPLOYER:

502-624-2335

HOW LONG AT CURRENT EMPLOYMENT?

1988-Present

OCCUPATION (Describe what you do):

Military Police

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

I've not received one cent of my pay, nor any benefits.

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment? [ ] Yes [X] No

If YES, state the source and amount:

Rent payments, interest, or dividends? [ ] Yes [X] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments? [ ] Yes [X] No

If YES, state the source and amount:

Gifts or inheritance? [ ] Yes [X] No

If YES, state the source and amount:

Any other source? [ ] Yes [X] No

If YES, state the source and amount:

None except SSI $783.00

Case 3:21-cv-00014-TAV-DCP Document 4 Filed 01/13/21 Page 3 of 12 PageID #: 12

**ASSETS:**

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

I've never received a cent from inheritances, assets, Nothing!

CASH $ Ø

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) $ -39.00
**(Do NOT include account numbers)**

TVA Credit Union

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) $ Ø
**(Do NOT include account numbers)**

TVA Credit Union

STOCKS AND BONDS $

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

UNKNOWN to me. $

$

$

**TOTAL REAL ESTATE** $

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

| | |
|---|---|
| Clothes | $ 200.00 |
| | $ |
| | $ |

**TOTAL PERSONAL PROPERTY** $

MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**TOTAL VALUE OF MOTOR VEHICLES** $

DEBTS OWED TO YOU (Give Name of Debtor)

| | |
|---|---|
| | $ |
| | $ |
| | $ |

**TOTAL DEBTS OWED TO YOU** $

OTHER ASSETS (ITEMIZE)

| | |
|---|---|
| Unknown to me. | $ |
| | $ |
| | $ |

**TOTAL OTHER ASSETS** $

**TOTAL OFF ALL ASSETS: $** Ø

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

| | |
|---|---|
| Capitol One | $ 200.00 (Secured Card) |
| | $ |
| | $ |

**TOTAL LOANS PAYABLE TO BANKS** $ 200.00

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ Ø |
| MORTGAGES PAYABLE ON REAL ESTATE | $ Ø |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ Ø |
| MEDICAL BILLS | $20,000,000.00 |
| TAXES AND ASSESSMENTS PAYABLE | $ Ø |

OTHER LIABILITIES (Itemize)

| | |
|---|---|
| | $ |
| | $ |
| | $ |

**TOTAL LIABILITIES** $ 20,000,000.00

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ 25.00 | $ 187.50 |
| ELECTRICITY | $ | $ |
| WATER | $ | $ |
| GAS | $ | $ |
| TELEPHONE | $ 88.56 | $ ∅ |
| FOOD | $ 500 (Medical) | $ ∅ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ | $ |
| AUTOMOBILE INSURANCE | $ | $ |
| AUTOMOBILE REPAIRS | $ | $ |
| GASOLINE | $ | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ ? UNK | $ |
| DOCTORS | $ ? UNK | $ |
| DRUGS | $ 783.00 | $ 1,000 |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| AMR | $ ? | $ ? |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| TOTAL EXPENSES | | Known is $ 1,187.50 |

**SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA**

NAME (First Middle Last) YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only) PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT? HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

Salary or Wages $______________

Commissions $______________

All other sources (Pensions; Soc.Sec.; Rent; Interest; Dividends; Alimony, etc.) $______________

**TOTAL:** $______________

## NAME OF DEPENDENTS AND INCOME (If any)
**(For Minor Children, only provide first initials)**

| Names: | Age: | Relationship: | Living With Whom? |
|---|---|---|---|
| I have 1,000 children from Reproductive Trafficking | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING CHILD SUPPORT PAYMENTS (exclude spouse) $________

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE, AND DEPENDENTS** $________

## AFFIDAVIT

**I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.**

01-11-21 [signature]

**DATE** **SIGNATURE**

Created: January 31, 2007
IPF Application.wpd

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

HANNAH MATTHEWS PARTON

v. Case No.: 3:20–mc–00059–TAV–DCP

MICHAEL RUBENS BLOOMBERG

NOTICE of Deficiency (IFP)

The Court is in receipt of your complaint/petition. However, in order for this matter to proceed, you must either pay the required filing fee or submit an application to proceed in forma pauperis. Pursuant to E.D. Tenn. L.R. 4.5, this matter will be administratively closed if the deficiency is not cured within twenty days.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

Case No. 3:20-mc-00059-TAV-DCP

**NOTICE REGARDING REQUIREMENT TO NOTIFY COURT OF CHANGE OF ADDRESS**

**Local Rule 83.13 – Parties not represented by counsel (pro se):**

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case,and to prosecute or defend the action diligently. Notification of a change of address must be accomplished by filing a Notice with the Clerk and service of the Notice upon all other parties within 14 days of the change of address. In addition, a party appearing for himself/herself shall sign his/her pleadings and include his/her address and telephone number. The failure of a pro se plaintiff to timely respond to an order or pleading addressed to the last address provided to the Clerk may result in dismissal of the case or other appropriate action. Parties proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure and these rules.