UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| HANNAH MATTHEWS PARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:21-CV-14-TAV-DCP |
| | ) | |
| MICHAEL RUBENS BLOOMBERG, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on March 4, 2021 [Doc. 5]. In the R&R, the magistrate judge recommends that the Court dismiss plaintiff's pro se complaint as frivolous and refer plaintiff to Chief United States District Judge Travis R. McDonough, pursuant to Standing Order 18-04, to determine whether an injunction against further filings is appropriate. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).[1]

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS** in full the R&R [Doc. 5] pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

---

[1] The Court notes that the R&R appears to have initially been mailed to an incorrect address. However, the record reflects that on March 30, 2021, the R&R was re-mailed to plaintiff's most recently provided mailing address. Enough time has passed since the re-mailing of the R&R to deem any objections as having been waived.

1. Plaintiff's complaint is hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is **DIRECTED** to **CLOSE** this case.

2. Plaintiff is **REFERRED** to Chief United States District Judge Travis R. McDonough for his determination as to whether an injunction should enter pursuant to this Court's Standing Order 18-04.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE